FILED

08 JUN 18 PM 2:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2028 JAH

UNITED STATES OF AMERICA, Plaintiff,

v.

ERNESTO LOPEZ-FIGUEROA, Defendant.

Criminal Case No. ____________

NOTICE OF RELATED CASE

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Ernesto Lopez-Figueroa, Criminal Case No. 08CR1822-JAH.

DATED: June 18, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

JAMES P. MELENDRES
Assistant U.S. Attorney