KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile: (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO LOPEZ-FIGUEROA,<br><br>Defendant. | Criminal Case No. 08CR2028-JAH<br><br>Date: July 21, 2008<br>Time: 8:30 a.m.<br>Place: Courtroom 11<br><br>The Honorable John A. Houston<br><br>**UNITED STATES' NOTICE OF MOTIONS AND MOTIONS FOR:**<br><br>**(1) FINGERPRINT EXEMPLARS;**<br>**(2) RECIPROCAL DISCOVERY; AND**<br>**(3) LEAVE TO GRANT FURTHER MOTIONS** |

PLEASE TAKE NOTICE that on July 21, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court to enter an order granting the following motions.

/ /

/ /

/ /

**MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions for:

1. Fingerprint Exemplars;
2. Reciprocal Discovery; and
3. Leave to File Further Motions

The motions noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: July 7, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile: (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO LOPEZ-FIGUEROA,<br><br>Defendant. | Criminal Case No. 08CR2028-JAH<br><br>Date: July 21, 2008<br>Time: 8:30 a.m.<br>Place: Courtroom 11<br><br>The Honorable John A. Houston<br><br>**STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES** |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby files its Motions in the above-referenced case for (1) Fingerprint Exemplars; (2) Reciprocal Discovery; and (3) Leave to File Further Motions. These motions are based on the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

/ /

/ /

/ /

## I

## STATEMENT OF THE CASE

On June 18, 2008, a federal grand jury in the Southern District of California returned an Indictment charging Ernesto Lopez-Figueroa ("Defendant") with deported alien found in the United States, in violation of 8 U.S.C. § 1326(a) and (b). On June 30, 2008, Defendant was arraigned on the Indictment and pled not guilty. The United States hereby files the following motions for fingerprint exemplars, reciprocal discovery and leave to file further motions.

## II

## STATEMENT OF FACTS

**A. <u>OFFENSE CONDUCT</u>**

**1. <u>Apprehension at "Spooner's Mesa"</u>**

On May 10, 2008, at approximately 2:40 p.m., Border Patrol Agent S. Pair was performing line watch duties in an area known as "Spooner's Mesa," which is approximately four miles west of the San Ysidro, California, Port of Entry, and 300 yards north of the U.S.-Mexico international border. "Spooner's Mesa" is an area notoriously used by illegal aliens to further their illegal entry into the United States. While performing line watch duties, Agents F. Madrigal and Pair were notified of a seismic intrusion activation in the area of "Spooner's Mesa." Agents Madrigal and Pair responded to the area, and after a brief search, found nine individuals, one of which was later identified as "Ernesto Lopez-Figueroa," attempting to conceal themselves in the thick brush. Agent Pair approached the nine individuals, identified himself as a Border Patrol Agent, and conducted field interviews. All nine individuals, including Defendant, freely admitted that they were citizens and nationals of Mexico and did not have documentation to enter or remain legally in the United States. All nine aliens were arrested and transported to the Imperial Beach Border Patrol Station for processing.

**2. <u>Post-Arrest Statements</u>**

On May 10, 2008, at approximately 6:07 p.m., Agents D. De La Cruz, with Agent Pair present, informed Defendant of his <u>Miranda</u> rights in the Spanish language. Defendant stated that he understood his <u>Miranda</u> rights and that he agreed to answer questions without the presence of an attorney. Defendant admitted that he is a citizen and national of Mexico and was born in Ciudad Obregon,

Sonora, Mexico, on July 1, 1972. Defendant admitted he had been previously deported from the United States to Mexico. Defendant also admitted that he had not received any prior authorization from the United States to return after his last deportation.

**B. DEFENDANT'S IMMIGRATION HISTORY**

A records check confirmed that Defendant is a citizen and national of Mexico, and that Defendant was ordered excluded, deported, and removed from the United States to Mexico pursuant to an order issued by an immigration judge on February 18, 1993. Defendant was physically removed from the United States to Mexico on at least ten prior occasions – most recently on September 4, 2007. After Defendant's last deportation, there is no evidence in the reports and records maintained by the Department of Homeland Security that Defendant applied to the U.S. Attorney General or the Secretary of the Department of Homeland Security to lawfully return to the United States.

**C. DEFENDANT'S CRIMINAL HISTORY**

Defendant has an extensive criminal history. The United States, propounds that Defendant has at least twelve criminal history points placing him in Criminal History Category V.

| CONVICT DATE | COURT OF CONVICTION | CHARGE | TERM |
|---|---|---|---|
| 1/17/1991 | CAMC Torrance | Cal. PC § 148.9(A) – False ID to a Peace Officer | 12 days jail, 1 yr probation |
| 3/12/1991 | CAMC South Gate | Cal. H&S § 11550(A) – Use/Under Influence of Controlled Substance | 90 days jail |
| 11/19/1992 | CAMC Burbank | Cal. PC § 459 – Burglary | 70 days jail, 3 yrs probation |
| 1/19/1993 | CAMC Huntington Park | Cal. PC § 459 – Burglary | 180 days jail, 2 yrs probation |
| 12/9/1996 | CASC Los Angeles | Cal. PC § 459 – Burglary (2nd degree)<br><br>7/2/1998: Probation revoked | 365 days jail, 2 yrs probation<br><br>16 months prison |
| 6/17/2003 | CASC Los Angeles | Cal PC § 148(A)(1) – Obstruction of Public Officers | 30 days jail, 3 yrs probation |
| 9/2/2003 | CASC Los Angeles | Cal PC § 69 – Obstruction/Resist Executive Officer | 180 days jail, 5 yrs probation |
| 6/14/2005 | CASC Los Angeles | Cal H&S § 11351 – Possess/Purchase for Sale a Controlled Substance While Armed with a Firearm | 5 years prison |

**III**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**A. <u>MOTION FOR FINGERPRINT EXEMPLARS</u>**

The United States requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert. <u>See</u> <u>United States v. Ortiz-Hernandez</u>, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). Identifying physical characteristics, including fingerprints, are not testimonial in nature and the collection and use of such evidence would not violate Defendant's Fifth Amendment right against self-incrimination. <u>United States v. DePalma</u>, 414 F.2d 394, 397 (9th Cir. 1969). <u>See</u> <u>also</u> <u>Schmerber v. California</u>, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial).

**B. <u>MOTION FOR RECIPROCAL DISCOVERY</u>**

The United States hereby requests Defendant deliver all material to which the United States may be entitled under Fed. R. Crim. P. 16(b) and 26.2.

**1. <u>Defendant's Disclosures Under Fed R. Crim. P. 16(b)</u>**

The United States has voluntarily complied and will continue to comply with the requirements of Fed. R. Crim. P. 16(a). As of the date of this Motion, the United States has produced 34 pages of discovery (including reports of the arresting officers and agents, criminal history reports, documents concerning Defendant's prior convictions and immigration history) and one DVD-ROM containing Defendant's videotaped, post-arrest statements. As of the date of this Motion, the United States is awaiting receipt of Defendant's Alien File ("A-File") and has ordered tapes of Defendant's prior deportation. As such, the United States intends to provide additional discovery after it has had an opportunity to review Defendant's A-File and deportation tapes.

As of the date of this Motion, the United States has **not** received any reciprocal discovery from Defendant. Therefore, the United States invokes Fed. R. Crim. P. 16(b), requiring that reciprocal discovery be provided to the United States. The United States hereby requests Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control

of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial, or which was prepared by a witness whom Defendant intends to call as a witness. Because the United States will comply with Defendant's request for delivery of reports of examinations, the United States is entitled to the items listed above under Fed. R. Crim. P. 16(b)(1). The United States also requests that the Court make such order as it deems necessary under Fed. R. Crim. P. 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

**2. <u>Witness Statements Under Fed. R. Crim. P. 26.2</u>**

Fed. R. Crim. P. 26.2 requires the production of prior statements of all witnesses, except a statement made by Defendant. Fed. R. Crim. P. 26.2 requires reciprocal production of statements, in accordance with the Jencks Act.

The timeframe established by Fed. R. Crim. P. 26.2 requires the statement to be provided after the witness has testified. In order to expedite trial proceedings, the United States hereby requests Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

**C. <u>MOTION FOR LEAVE TO FILE FURTHER MOTIONS</u>**

Should new information or legal issues arise, the United States respectfully requests the opportunity to file such further motions as may be appropriate.

/ /

/ /

/ /

/ /

/ /

/ /

**IV**

**CONCLUSION**

For the foregoing reasons, the United States requests the Court grant the United States' Motions for Fingerprint Exemplars, Reciprocal Discovery and Leave to File Further Motions.

DATED: July 7, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ERNESTO LOPEZ-FIGUEROA, Defendant. | Criminal Case No. 08CR2028-JAH **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motions and Motions** For (1) Fingerprint Exemplars; (2) Reciprocal Discovery; and (3) Leave to File Further Motions; together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

William R. Burgener
Law Offices of William R. Burgener
1775 Hancock Street, Suite 285
San Diego, California 92110-2931
Tel: (619) 291-8565
Fax: (619) 543-0824
Email: william_burgener@yahoo.com
*Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney